ARTHUR I. KORN, Appellant, v. FREDERICK BROWN, Defendant, and JOHN J. REYNOLDS, INC., Respondent.—

Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

ARLYNNE MACFADDEN, Appellant, v. BERWYN MACFADDEN, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

In the Matter of SAMUEL LEVY et al., as Trustees under the Will of MEYER VESELL, Deceased, et al., Appellants. GRISTEDE BROS., INC., Respondents, et al., Defendants.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

METROPOLITAN DISTRIBUTORS, INC., Appellant, v. ELIZABETH V. HYNDSMAN, Individually and as Administratrix of the Estate of WILLIAM T. HYNDSMAN, Deceased, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [201 Misc. 1045.]

CHANIN THEATRES CORP., Respondent, v. CARL REED, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

GEORGE V. R. J. INNES-KER, DUKE OF ROXBURGHE, Respondent, v. HUBERT WAREHOUSES, INC., Appellant, et al., Defendants.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. GEORGE MINNIS, Appellant.— Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

LAWRENCE A. EPTER & ASSOCIATES, INC., Appellant, v. BERNARD TRUBIN, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.